MAR 1 0 2008
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

Priority ✗
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RALPH F. CESENA,<br><br>  Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>  Defendant. | No. EDCV 06-955 FFM<br><br>JUDGMENT OF REMAND |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated March 10, 2008.

DATED: March 10, 2008

/ S / FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge